99 F.3d 1129
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Theodore Morris FOUST, Petitioner-Appellant,
v.
Attorney General of North Carolina; Talmadge L. BARNETT,
Respondents-Appellees.
 No. 96-6598.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 3, 1996.
Decided Oct. 10, 1996.
 
 Theodore Morris Foust, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.
 Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his habeas petition under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent a certificate of appealability is required, we deny such a certificate. We dismiss the appeal on the reasoning of the district court. Foust v. Attorney General, No. CA-95-172-2 (M.D.N.C. Mar. 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED